UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:11 CR 101 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| | ) | |
| DAQUANN HACKETT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion for Reconsideration of the Court's denial of his motion for Reduction in Sentence Pursuant to 18 U.S.C. §3582. (ECF # 1108). Mr. Hackett filed a Reply after the Court had issued its decision on his prior motion, and now seeks reconsideration of the decision based on the arguments set forth in the Reply. (ECF #1107). Having reviewed and considered the Reply filed by Mr. Hackett, the Court finds no reason to reconsider its prior ruling.

The arguments raised by Mr. Hackett in his motion and in his Reply raise issues that could be considered when weighing the §3553(a) factors, if he had established extraordinary and compelling reasons for relief under 18 U.S.C. §3582(c)(1)(A)(i). They do not, however, qualify, on their own or in combination, under the USSG policy statement in §1B1.13, as extraordinary and compelling circumstances that would then allow the Court to weigh those §3553(a) factors to determine whether a reduction was warranted. Further, as set forth in the Court's prior opinion, the combination of factors at play in Mr.Hackett's case do not rise to the level of extraordinary and

compelling reasons for a sentence reduction under the law.   Thus, even considering any new arguments raised in the Reply, Mr. Hackett has not demonstrated an extraordinary and compelling circumstances justifying a sentence reduction, let alone one that is consistent with the USSG's policy statement in §1B1.13.

For the reasons set forth above, the Court finds that Mr. Hackett's Motion for Reconsideration should be DENIED.  (ECF #1108).  IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE:__April 28, 2026__